return and in respect to the notice to show cause. All concur; Davis, J., not sitting.

Clarence R. Wolfe, Appellant, v. Reserve Finance Corporation, Respondent, Impleaded with Another.— Judgment affirmed, with costs. All concur; Davis, J., not sitting.

Jessie E. McIntyre, as Executrix, etc., of Robert J. McIntyre, Deceased, Appellant, v. Rudolph H. Walther and Another, Respondents.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

Thomas J. Leddy, Respondent, v. John Haag, Sr., Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of Frederick Hollender, Minority Stockholder of Rochester Food Products Corporation, Formerly Known as American Brewing Company of Rochester, N. Y., and on Behalf of Other Minority Stockholders Who Are Interested, etc., Appellant, for an Order to Set Aside the Alleged Election of the Stockholders, Held on August 12, 1920, etc. Rochester Food Products Corporation and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

Harold Lackenmier, by Henry C. Lackenmier, His Guardian ad Litem, Appellant, v. Walter A. Reese and Others, Respondents.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal on the ground that the verdict is contrary to the weight of evidence on the question of the reasonable care exercised by each of the defendants.

Henry C. Lackenmier, Appellant, v. Walter A. Reese and Others, Respondents.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal on the ground that the verdict is contrary to the weight of evidence on the question of the reasonable care exercised by each of the defendants.

Nicholas Burton, Respondent, v. Joseph Pudaloff, Appellant.— Judgment affirmed, with costs. All concur.

D. Rumsey Wheeler, Respondent, v. Oscar Meyer, Doing Business as Glidden Garage, Appellant.— Judgment and order affirmed, with costs. All concur.

The People of the State of New York, Respondent, v. Salvatore Procopio, Appellant.— Order affirmed. All concur.

Joseph Sajdzkowski and Another, Appellants, v. Wincenta Dawidawicz, Respondent.— Judgment affirmed, with costs. All concur.

John C. Brown, Doing Business under the Name and Style of Utica Floral Company, Appellant, v. Vincenzo Farda, Doing Business under the Name and Style of Utica Manufacturing Floral Company and Another, Respondents.— Judgment affirmed, with costs. All concur.

John F. Connelley, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur; Crouch, J., not sitting.

Gottlieb Walter, as Administrator, etc., of Margaret Walter, Deceased, Appellant, v. William H. Upson, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. All concur, except Clark, J., who dissents and votes for reversal and new trial.

Albert B. Nash, Respondent, v. Arthur B. Plyter and Another, Appellants.— Judgment and order affirmed, with costs. All concur.